COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Certain Underwriters at Lloyd's of London Subscribing to Policy
                            Number: FINFR0901509

Appellate case number:      01-13-00165-CV

Trial court case number:    2011-68592

Trial court:                334th District Court of Harris County

Before the court is the Unopposed Motion of Cardtronics, Inc. to Correct Judgment. The motion is hereby **GRANTED**. Pursuant to Texas Rules of Appellate Procedure 19.1 and 19.3, we hereby withdraw our Judgment issued March 11, 2014, and issue a corrected judgment in its stead.

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Jennings, Sharp, and Brown

Date: March 27, 2014